IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POULSEN ROSER A/S, | CASE NO. CV F 12-0993 LJO GSA |
| Plaintiff, | **ORDER TO DISMISS AND CLOSE ACTION** <br> (Doc. 6.) |
| vs. | |
| SAN JOAQUIN HORTICULTURE, LLC., et al., | |
| Defendants. | |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1. DISMISSES with prejudice this action in its entirety;
2. VACATES all pending matters and dates, including the September 25, 2012 scheduling conference; and
3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   August 15, 2012**             /s/ Lawrence J. O'Neill
                                                          UNITED STATES DISTRICT JUDGE